General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Lucinda Choules & Elizabeth Irving Arnold

Case Number: 9:23cv55
Truncale / Hawthorn

List the full name of each plaintiff in this action.

VS.

Pamela Choules

Jennifer Choules Ogle

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1. Employ Counsel
      2. Court - Appointed Counsel
      3. Lawyer Referral Service of the State Bar of Texas,
         P. O. Box 12487, Austin, Texas 78711.

   B.   List the name(s) and address(es) of the attorney(s):

      I cannot afford to retain an attorney

C. Results of the conference with counsel:

_None would talk to me they want 3500 retainer that I do not have._

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   _X_ Yes   ___ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _March 2022_

2. Parties to previous lawsuit(s):

   Plaintiff _Lucinda Chavles_

   Defendant _Jennifer ogle & Pamela Chavles_

   Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

   _Riverside CA historic courthouse_

4. Docket number in other court. _PRR1220039S_

5. Name of judge to whom the case was assigned.
   _Kenneth Fernandez_

6. Disposition: Was the case dismissed, appealed or still pending?

   _Still pending_

7. Approximate date of disposition. _____

III.  Parties to this suit:

    A.  List the full name and address of each plaintiff:

        Pla #1 Lucinda Chaules
        101 Milner St. Lufkin TX 75901

        Pla #2 Elizabeth Irving Arnold

    B.  List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1: Jennifer Chaules Ogle
        10115 Loma Drive
        Knoxville, TN 37922

        Dft #2: Pamela Chaules
        1223 Yellow Stone Drive
        Lake Arrowhead, CA

        Dft #3

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

In Sept 2019 my Mom Elizabeth Irving Arnold (85) was abducted 7 days after leaving TX to move closer to her entire Family in TN. My sister Pam stated she was taking mom to an Alzheimer's specialist and would return mom home in Dec 2019. Mom was not allowed to return home. Mom was taken with Just an overnight bag. When mom was not returned I went to the Huntingdon TN police, LA police, FBI and APS all seemed to think that my sister abducting my mom was funny. Senior abduction by family is increasing and almost always is fatal, it is not funny. Pam pretended to be me as mom had moderate to severe Alzheimer's and could not tell us apart. When Pam hurt mom, mom said I did it but I was 3000 miles away at the time and could not follow immediately as COVID was hitting. Aps may have given a copy of my POA to Pam as Pam + Jenny did not have a POA document without the word copy on it until after their APS visit Pam + Jenny used this to change the POA using someone without capacity to change a 7 year old POA, during federal COVID lockdown.

Once Pam & Jerry had the POA they stole assets that I helped mom save from Marion State Bank, in Marion TX. Sadly 5 months after the POA change Pam flipped mom's wheelchair and mom will never walk again, Pam also tricked mom into signing into Our Countryside Resort a crooked assisted living facility (Family run) in Perris CA. Mom was hurt but Pam did not want to pay for her injuries so she tried to leave her to die in a fake hospice. Pam got a Dr to swear 3 times mom would die in 6 months (mom is still alive) they stole over $100,000 from CA for an abducted Texan. Sadly mom was not given life preserving medicine as she was supposedly dying and my strong mother started to die. Pam refused her milk and meat as Pam is vegan. Mom now suffers rheumatoid Arthritis, contracted legs, and osteoporosis.

Meanwhile, Pam was telling APS in CA that I am crazy and somehow caused her injuries as mom who thought Pam was me would tell doctors that I caused them. But all injuries to mom were caused by Pam.

To recap my mom has suffered the following abduction from her new home in TN and all of her belongings, Pam hurt her lungs keeping her in the basement, she is paralyzed, she was robbed of her money and freedom, she was not provided glasses or a hearing aid so she lost touch with all of her family and was isolated from her main carer me. Sadly noone has investigated this case is all hearsay based on identity theft.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I would like you to help me rescue my mom and bring her back home to TX to live with me as a free person, fed a balanced diet, with one carer who she knows and trusts.

Please have the TX Marshals office contact me and meet with me to collect evidence in this case.

Signed this 21st day of March, 2023.
  (Month)  (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 3/21/2023
  Date

*Lucinda Choule*

Signature of each plaintiff