IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LUCINDA CHOULES, ON BEHALF OF ELIZABETH IRVING ARNOLD, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 9:23-CV-00055-MJT-ZJH |
| v. | § § | JUDGE MICHAEL TRUNCALE |
| JENNIFER CHOULES OGLE, PAMELA CHOULES, | § § § § | |
| *Defendants.* | § § | |

## FINAL JUDGMENT

The Court has adopted the Magistrate Judge's report recommending that the court dismiss this case. Accordingly, it is ORDERED that Plaintiff Lucinda Choules take nothing, and the case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

**SIGNED this 13th day of September, 2023.**

Michael J. Truncale
United States District Judge